PER CURIAM.
Spencer waived his constitutional challenge to the Criminal Punishment Code[1] by failing to raise it below. Harvey v. State, 786 So.2d 595 (Fla. 1st DCA), certifying questions in, 786 So.2d 28 (Fla. 1st *608 DCA), review granted, 797 So.2d 585 (Fla.2001). Moreover, this court has previously rejected his constitutional challenges. Hall v. State, 773 So.2d 99 (Fla. 1st DCA 2000), review granted, 790 So.2d 1104 (Fla.2001).
AFFIRMED.
ERVIN, VAN NORTWICK and BROWNING, JJ., concur.

. §§ 921.002-.0027, Fla. Stat. (1999).